UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CAROL J. THORN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 15-CV-2077 |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 3, 2016, Magistrate Judge Eric I. Long filed a Report and Recommendation (#28) in the above cause. Judge Long recommended denying Plaintiff's Motion for Summary Judgment (#23) and granting Defendant's Motion for Summary Judgment (#26). On August 19, 2016, Plaintiff filed Objections to the Report and Recommendation (#29).

This court has carefully reviewed Judge Long's thorough and well-reasoned recommendation and Plaintiff's Objections. Following this court's careful de novo review, this court agrees with Judge Long's recommendations.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#28) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#23) is DENIED.

(3)  Defendant's Motion for Summary Judgment (#26) is GRANTED.  The decision to deny benefits is affirmed.

(4) This case is terminated.

ENTERED this 16th day of September, 2016.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE